

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00041-CR

| | | |
|---|---|---|
| JOSE REVERON, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1516573D) |
| V. | § | December 7, 2023 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment to delete the "found true" recitation in the enhancement portion; in its place, we insert "N/A." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel